IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-53-D-5

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | ORDER TO DISMISS |
| v. | ) | DUE TO ABATEMENT |
| | ) | |
| JOHN MORRIS OTTO | ) | |

The matter before the Court is the United States' Motion for Order of Abatement filed by the United States on February 1, 2022.

Based on a review of the United States' Motion and for good cause shown, the United States' Motion is ALLOWED. The case as to the above-named Defendant, is hereby dismissed, due to reason of abatement.

SO ORDERED.

This, the __3__ day of _February_, 2022.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE